IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

v.   Case No.: 22-mj-117

CHRISTOPHER R. BELL,

Defendant.

---

COMPLAINT FOR VIOLATION OF TITLE 18,
UNITED STATES CODE, SECTION 2252(a)(2)

---

BEFORE United States Magistrate Judge  United States District Court
Stephen L. Crocker  120 North Henry Street
Madison, Wisconsin 53703

The undersigned complainant being duly sworn states:

On or about April 18, 2022, in the Western District of Wisconsin and elsewhere, the defendant,

CHRISTOPHER R. BELL,

knowingly received a visual depiction using a facility of interstate commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the depiction is of such conduct. Specifically, BELL received an image sent via Snapchat from Minor A depicting Minor A engaged in sexually explicit conduct.

(In violation of Title 18, United Stated Code, Section 2252(a)(2)).

This complaint is based on the attached affidavit of ERIC DAVEN

SWORN TO TELEPHONICALLY
BEFORE ME ON 8-31-22
STEPHEN L. CROCKER
MAGISTRATE JUDGE

ERIC DAVEN
Detective,
Wisconsin Rapids Police Department

COUNTY OF DANE )
) ss
STATE OF WISCONSIN )

## AFFIDAVIT

I, ERIC DAVEN, first being duly sworn under oath, hereby depose and state as follows:

1. I have been a law enforcement officer since 2012 and am currently employed as a detective for the Wisconsin Rapids Police Department. I have been involved in numerous investigations that involved the use of computers and various mobile devices where communications have occurred electronically.

2. The facts in this affidavit come from my training and experience, as well as my personal participation in this investigation, information obtained from others, all of whom I believe to be truthful and reliable, and information produced by Snapchat in response to a search warrant. This affidavit does not contain every fact I know about this investigation and is merely intended to show probable cause that CHRISTOPHER BELL committed a violation of Title 18, United States Code, Section 2252(a)(2).

3. On June 28, 2022, I observed a Child Advocacy Center Interview in which Minor A, born in 2006, reported that she sent explicit images of herself to BELL over Snapchat. As a result of that disclosure, I obtained and served a search warrant on Snapchat.

4. I reviewed the information produced by Snapchat in response to the search warrant and determined that on April 18, 2022, Minor A asked BELL for $30. She then says, "If you need payment, I'll send you payment." BELL responds, "what are you offering and can I pick?" After additional discussion, Minor A says, "I have some vids of my using the thing u got ne." BELL responds, "OMFG yes please." After

additional discussion, Minor A sent a closeup image of her vagina with what appears to be a pink light-up vibrator inserted. In response, BELL responded, "JESUS GOD DAMN MOTHER OF FUCK" and asked if she wanted anything from him.

5. I spoke to Minor A after reviewing the Snapchat documents and asked her about that image. She told me that the picture was her and that she sent the picture to BELL because he would not stop nagging her. In a subsequent conversation, she told me that she sent it from her home in the Wisconsin Rapids.

ERIC DAVEN
Detective,
Wisconsin Rapids Police Department

Subscribed to and sworn before me this 31st day of AUGUST.

Honorable Stephen L. Crocker
United States Magistrate Judge